SHARON D. MAYO (SBN 150469)
sharon.mayo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415.471.3100
Facsimile: 415.471.3400

CASSANDRA E. HAVENS (SBN 317241)
cassandra.havens@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORROUGH MUSIC PUBLISHING COMPANY, ULTRA INTERNATIONAL MUSIC PUBLISHING d/b/a ULTRA TUNES, MOUSE ON THA TRACK LLC, TRILL PRODUCTIONS, NAUGHTY MUSIC, NEUTRAL GRAY MUSIC, PURE LOVE MUSIC, UH OH ENTERTAINMENT, INC., and WUT' SHAWAN-A DO MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FILLMORE ENTERTAINMENT GROUP, L.L.C. and LILY NGUYEN, <br><br> Defendants. | Case No.: 4:19-cv-07063-HSG <br><br> **ORDER** <br><br> **[CIVIL LOCAL RULE 7-11]** |

**ORDER**

For good cause, the Court continues the initial case management conference currently scheduled for February 11, 2020 to April 7, 2020 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 2/3/2020

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge